# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA
### UNITED STATES DISTRICT JUDGE
### 3809 UNITED STATES COURTHOUSE
### INDEPENDENCE MALL
### PHILADELPHIA, PENNSYLVANIA 19106-1743

CHAMBERS OF
**JUDGE MARY A. MCLAUGHLIN**
UNITED STATES DISTRICT JUDGE

RECEIVED Aug 16 10 00 AM '04 FINANCIAL DISCLOSURE OFFICE (267) 299-7600

August 10, 2004

The Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

        Re:   Calendar Year 2003 Filing

Dear Judge Lisi:

        I have your letter of July 28, 2004, concerning my annual financial disclosure report.  I am enclosing a revised Part VII, addressing the concerns raised in your correspondence.

        I have corrected lines 3 and 5 to add the word "partial" in the sale column and have added the type and level of income.  I have also disclosed that all cash is held at Charles Schwab.

        I hope that I have answered all of your questions.

                        Sincerely,

                        Mary A. McLaughlin

MAM/cps
Enclosure

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| McLaughlin, Mary A. | 5/10/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Artisan International (IRA) | A | Dividend | L | T | | | | | |
| 2. DFA US 6-10 Small CO (IRA) | A | Dividend | L | T | | | | | |
| 3. Gabelli Asset Fund (IRA) | A | Dividend | M | T | Partial Sale | 11/04 | M | A | |
| 4. Pimco Total Return (IRA) | D | Dividend | N | T | | | | | |
| 5. Tweedy Browne Global Value (IRA) | A | Dividend | L | T | Partial Sale | 11/04 | L | A | |
| 6. Vanguard Index Trust (IRA) | B | Dividend | M | T | | | | | |
| 7. Pimco Total Return | D | Dividend | M | T | Partial sale | 01/03 | K | A | |
| 8. Vanguard Index 500 | B | Dividend | L | T | Partial Sale | 2/10 | L | A | |
| 9. Cash (IRA) - Charles Schwab | A | Interest | J | T | | | | | |
| 10. Cash - Charles Schwab | A | Interest | J | T | | | | | |
| 11. Dechert Pension Plan | A | Dividend | J | T | | | | | |
| 12. ICGE (Stock) | A | Dividend | J | T | | | | | |
| 13. Ideal Lab Series D Preferred Stock | A | Dividend | J | T | | | | | |
| 14. T. Rowe Price Midcap (IRA) | B | Dividend | M | T | Purchase | 11/04 | | | |

**AMENDED**

FINANCIAL DISCLOSURE OFFICE

AUG 16 11 00 AM '04

RECEIVED

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE · REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McLaughlin, Mary A. | District Court – EDPA | 5/10/04 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge – Active | ___ Nomination, Date _____  <br> ___ Initial  X Annual  ___ Final | 1/1/03 – 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 601 Market Street, Room 3809 <br> Philadelphia, PA  19106 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | I received this amount as a beneficiary under a Deed of Trust of Dechert Price & Rhoads, dated May 16, 1991, relating to Bell Atlantic Tower | $6653.76 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| X | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| X | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 5/10/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Artisan International (IRA) | A | Dividend | L | T | | | | | |
| 2. DFA US 6-10 Small CO (IRA) | A | Dividend | L | T | | | | | |
| 3. Gabelli Asset Fund (IRA) | | | M | T | Sale | 11/04 | M | A | |
| 4. Pimco Total Return (IRA) | D | Dividend | N | T | | | | | |
| 5. Tweedy Browne Global Value (IRA) | | | L | T | Sale | 11/04 | L | A | |
| 6. Vanguard Index Trust (IRA) | B | Dividend | M | T | | | | | |
| 7. Pimco Total Return | D | Dividend | M | T | Partial sale | 01/03 | K | A | |
| 8. Vanguard Index 500 | B | Dividend | L | T | Partial Sale | 2/10 | L | A | |
| 9. Cash (IRA) | A | Interest | J | T | | | | | |
| 10. Cash | A | Interest | J | T | | | | | |
| 11. Dechert Pension Plan | A | Dividend | J | T | | | | | |
| 12. ICGE (Stock) | A | Dividend | J | T | | | | | |
| 13. Ideal Lab Series D Preferred Stock | A | Dividend | J | T | | | | | |
| 14. T. Rowe Price Midcap (IRA) | B | Dividend | M | T | Purchase | 11/04 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _May 10, 2004_

NOTE: ANY ~~INDIVIDUAL WHO KNOWINGLY AND~~ WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)